

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00316-CV**

**IN THE MATTER OF D.D., A JUVENILE**

_____

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 313-J-2013**

**MEMORANDUM OPINION**

D.D. filed an unopposed motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a). The motion states that the D.D. was "discharged from the Placement facility ordered by the court and [D.D.] was released from Probation; therefore, there is no need to appeal the previous order of the trial court as the subsequent trial court's order discharging from probation grants the relief that would have been requested on appeal." Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed February 15, 2017
[CV06]

